UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KARI ANNE KING,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Civil No. 2:15-cv-00001-VEB<br><br><br>DECISION AND ORDER |

Upon the Stipulation of the parties and this Court having giving the matter due deliberation,

It is hereby ORDERED that the Motion to Remand (Docket No. 19) is GRANTED and this case is reversed and remanded to the Commissioner of Social Security for further administrative proceedings, including a *de novo* hearing and a new decision. 42 U.S.C. § 405(g) [sentence 4].

On remand, the Administrative Law Judge will be instructed to consider the materiality of the additional evidence submitted; further evaluate the third party statement of Kathleen Leclair in accordance with Social Security Ruling 06-3p;

further evaluate the claimant's residual functional capacity (20 C.F.R. § 404.1545 and Social Security Rulings 85-16 and 96-8p); further evaluate the claimant's subjective complaints in accordance with 20 C.F.R. § 404.1529 and Social Security Ruling 96-7p; at Step 4, further evaluate the claimant's past relevant work to determine if the claimant performed the work long enough to acquire the necessary skills according to the Dictionary of Occupational Titles; and if warranted, obtain supplemental evidence from a vocational expert to clarify the effects of the assessed limitations on the claimant's occupational base (Social Security Rulings 83-14, 85-15, and 00-4p).

Plaintiff will be entitled to reasonable attorneys' fees and costs on pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to the Court.

The parties' Motion to Extend Social Security Deadlines (Docket No. 17) is DENIED as moot.

The Clerk of the Court shall CLOSE this case, without prejudice to a properly application for attorneys' fees by Plaintiff.

DATED this 25th day of September, 2015.

/s/Victor E. Bianchini
Victor E. Bianchini
United States Magistrate Judge